Entered: September 21st, 2020
Signed: September 21st, 2020
**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re: Case No.: **19–17293 – TJC** Chapter: **13** Doc No.: **42**

**Byron D. Myree**
Debtor

U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust
Movant

vs.

Byron D. Myree
Respondent

## ORDER DENYING MOTION FOR RELIEF FROM STAY
## WITHOUT PREJUDICE

Having held a hearing on September 21, 2020, upon the above–captioned motion for relief from stay, the Respondent having filed an opposition and for the reasons on the record at the hearing held, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion for relief from stay in the above–captioned proceeding is denied without prejudice.

cc: Debtor
   Attorney for Debtor – Scott D. Arnopol
   Attorney for Movant – Christopher Peck
   Case Trustee – Timothy P. Branigan

### End of Order

37x02 (rev. 09/20/1996) – tfranc